UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CEDRICK SWINSON,

Defendant.

23 Cr. 647 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for Defendant's arraignment on **January 9, 2024**, at **10:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Court advises the Government, if it wishes, to file a request for the exclusion of time under the Speedy Trial Act until the scheduled arraignment, or a joint letter with Defendant consenting to the same.

SO ORDERED.

Dated:   December 14, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge