

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2023

**BY ECF & EMAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



Re:  *United States v. Cedrick Swinson*, 23 Cr. 647 (KPF)

Dear Judge Failla:

    The Government respectfully requests, with the consent of the defendant, that the time between today and the date of the arraignment scheduled for January 9, 2024 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow time for the parties to begin to produce and review discovery and will ensure the effective representation of counsel by providing time for adequate consultation.

                                                                       Respectfully submitted,

                                                                       DAMIAN WILLIAMS
                                                                       United States Attorney for the
                                                                       Southern District of New York

                                                                  By: __/s/_____
                                                                      Alexandra S. Messiter
                                                                      Matthew Shahabian
                                                                      Assistant United States Attorneys
                                                                      (212) 637-2544/1046

Cc: Serguel Akiti, Esq. (by ECF and email)

Application GRANTED.  It is hereby ORDERED that time is excluded under the Speedy Trial Act between December 15, 2023 and January 9, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial for the reasons stated by the Government above.

The Clerk of Court is directed to terminate the pending motion at docket entry 21.

Dated:      December 18, 2023             SO ORDERED.
            New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE