**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2024

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *United States v. Cedrick Swinson*, 23 Cr. 647 (KPF)

Dear Judge Failla:

      The parties respectfully request that the upcoming status conference in this case, scheduled for September 11, 2024, be adjourned for 60 days. The government moves, with the consent of the defendant, for the time between September 11, 2024 and the date of the rescheduled status conference to be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow time for the parties time to discuss potential pretrial dispositions, and for the defense to prepare motions/for trial.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

      By:   /s/
      Alexandra S. Messiter
      Matthew Shahabian
      Assistant United States Attorneys
      (212) 637-2544/1046

Cc: Serguel Akiti, Esq. (by ECF)

Application GRANTED.  The pretrial conference currently scheduled for September 11, 2024, is hereby ADJOURNED to **November 13, 2024, at 2:00 p.m.**

It is hereby ORDERED that time is excluded under the Speedy Trial Act between September 11, 2024, and November 13, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial for the reasons stated by the Government above.

The Clerk of Court is directed to terminate the pending motion at docket entry 32.

Dated:    September 10, 2024          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE