UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>CEDRICK SWINSON,<br><br>                                        Defendant. | 23 Cr. 647 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for January 9, 2025, is ADJOURNED to **January 22, 2025, at 10:00 a.m.**

If the Government wishes to exclude time, it can submit an application to the Court that states the parties' positions.

SO ORDERED.

Dated:   January 6, 2025
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge