UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 23 Cr. 647 (KPF) |
| CEDRICK SWINSON, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On January 22, 2025, the Court held a conference to discuss the letter filed by Mr. Swinson's counsel on January 21, 2025, which states that Mr. Swinson no longer wishes to be represented by Mr. Akiti and Mr. Walker of the Lowther Walker firm. (Dkt. #35). At the conference, Mr. Swinson confirmed the contents of the January 21, 2025 letter and indicated that he is working to retain new counsel. Accordingly, the Court granted the motion of Mr. Akiti and Mr. Walker to withdraw as counsel.

The Government also moved to exclude time under the Speedy Trial Act between January 22, 2025, and March 5, 2025. The Court found that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit Mr. Swinson to retain new counsel and will permit new counsel to review discovery and consider and discuss Mr. Swinson's options with him. Accordingly, the Court excluded time between January 22, 2025, and March 5, 2025.

The parties are ORDERED to appear for an in-person conference on **March 5, 2025, at 2:00 p.m.**, during which the Court will discuss with the parties the next steps in the case.

2

The Clerk of Court is directed to terminate the pending motion at docket entry 35.

SO ORDERED.

Dated: January 22, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge