UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    v.<br><br>CEDRICK SWINSON,<br><br>                    Defendant. | 23 Cr. 647 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 23, 2025, Mr. Swinson emailed the Court directly to inquire about a continuance in order to allow for the vetting of new representation. In the future, Mr. Swinson must copy counsel for the Government on any correspondence with the Court and must not email the Court directly.

Based on Mr. Swinson's representations, the Court ADJOURNS the status conference currently scheduled for March 5, 2025, to **May 2, 2025, at 2:15 p.m.** The Court will not grant an additional extension of time for Mr. Swinson to vet counsel. If Mr. Swinson has not retained counsel in advance of the May conference, he must inform the Court as to whether he intends to proceed *pro se* in this matter. If the Government wishes to move to exclude time under the Speedy Trial Act in light of the adjournment, it may do so by filing a letter on the docket. Given the time sensitivity, the Court is, this one time only, emailing this Order to Mr. Swinson.

SO ORDERED.

Dated:  February 24, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge