U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 27, 2025

**BY ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

     Re:   *United States v. Cedrick Swinson*, 23 Cr. 647 (KPF)

Dear Judge Failla:

     The Government respectfully requests that, in the above-referenced case, the time between today and the date of the next conference scheduled for May 2, 2025, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow time for the defendant to retain new counsel, new counsel to review discovery, and the parties to discuss a potential pretrial resolution in this matter.

                            Respectfully submitted,

                            MATTHEW PODOLSKY
                            Acting United States Attorney for the
                            Southern District of New York

                      By:   /s/
                            Alexandra S. Messiter
                            Matthew Shahabian
                            Assistant United States Attorneys
                            (212) 637-2544/1046

It is ORDERED that time is excluded under the Speedy Trial Act between **March 5, 2025,** and **May 2, 2025.**

The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will allow time for the defendant to retain new counsel, new counsel to review discovery, and the parties to discuss a potential pretrial resolution in this matter.

The Clerk of Court is directed to terminate the pending motion at docket entry 38.

Dated:     February 28, 2025          SO ORDERED.
           New York, New York

                                       *Katherine Polk Failla*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE