CEDRICK SWINSON
_____

September 12, 2025

Honorable Katherine Polk Failla
United States District Judge
40 Foley Square, Room 2103
New York, New York 10007



Re: United States v. Cedrick Swinson, 1:23-CR-00647-KPF

Dear Judge Failla,

This Letter Motion is respectfully submitted to request an adjournment of the pre-trial conference currently scheduled for September 19, 2025. This request is made due to a scheduling conflict with my new work contract position, which requires me to travel and complete orientation during the scheduled conference date.

I will be available and conflict-free on any Friday after October 3, 2025. However, my standby counsel, Steve Legon, is scheduled to begin a homicide trial in New York County on September 22, 2025. This trial is anticipated to last approximately four weeks, making his earliest availability the week of October 20, 2025.

This is the first request for an adjournment in this matter. I have conferred with the Government and AUSA Matt Shahabian. They have responded as follows: "We consent to your application so long as you consent to the exclusion of Speedy Trial Act time until the rescheduled date. AUSA Matthew Shahabian will be on trial the week of October 20, but AUSA Messiter is available anytime Monday, Tuesday, Wednesday morning, and Friday that week."

I consent to the exclusion of Speedy Trial Act time until the rescheduled date.

I apologize for any inconvenience this may cause the Court. I thank the Court for for its time and consideration of this matter.

Respectfully submitted,

/s/ Cedrick Swinson

Cedrick Swinson

Defendant, Pro Se

cc: All Counsel (via ECF)

Application GRANTED.

The conference scheduled for September 19, 2025, is hereby ADJOURNED to **October 24, 2025, at 11:00 a.m.**

It is ORDERED that time is excluded under the Speedy Trial Act between **September 19, 2025,** and **October 24, 2025.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the defense to continue to review discovery and prepare any pretrial motions and the parties to discuss a potential pretrial resolution in this matter.

The Clerk of Court is directed to terminate the pending motion at docket entry 41.

Dated:     September 12, 2025     SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE