UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

CEDRICK SWINSON,

Defendant.

23 Cr. 647 (KPF)

**AMENDED SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

Based on the Court's recent discussion with the parties, it is hereby

ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **November 30, 2026**, at **9:00 a.m.**;

- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **November 2, 2026**;

- Any opposition papers to motions in limine will be due **November 9, 2026**; and

- The final pretrial conference will be scheduled for **November 17, 2026**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Government's disclosure of material under 18 U.S.C. § 3500 will be governed by the schedule set forth at the conference.

2

SO ORDERED.

Dated:      April 28, 2026
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2