UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 23 Cr. 647 (KPF) |
| CEDRICK SWINSON, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed with care Mr. Swinson's motion to dismiss (Dkt. #48), and the Government's opposition to that motion (Dkt. #50). For substantially the reasons detailed in the Government's opposition, the Court DENIES Mr. Swinson's motion to dismiss the indictment, as well as his current challenge to bail conditions that were imposed more than three years ago. Many of Mr. Swinson's challenges are fact-based; these arguments can be made to the jury to seek a judgment of acquittal, but they are not proper bases for the extraordinary remedy of dismissal of an indictment. Other challenges are presented not because Mr. Swinson believes they will succeed, but rather to preserve Mr. Swinson's appellate rights. Finally, the legal insufficiency of many of Mr. Swinson's challenges to the indictment is explained in the cases cited in the Government's submission, including in particular *United States* v. *Sampson,* 898 F.3d 270 (2d Cir. 2018), which the Court commends to Mr. Swinson's attention.

The Clerk of Court is directed to terminate the motion pending at docket entry 48. The Clerk of Court is further directed to mail a copy of this Order to Mr. Swinson at his address of record.

SO ORDERED.

Dated:     June 16, 2026
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2