UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

CEDRICK SWINSON,

Defendant.

23 Cr. 647 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

On October 22, 2026, the Government filed a letter motion requesting that the Court schedule a bail revocation proceeding under 18 U.S.C. § 3148(b). (Dkt. #56). At that proceeding, the Government anticipates showing that: (i) there is probable cause to believe that Mr. Swinson committed a felony offense while on pretrial release, or there is clear and convincing evidence that Mr. Swinson has violated other conditions of release; and (ii) there are no conditions or combination of conditions that will reasonably assure the safety of the community or that Mr. Swinson will abide by any condition or combination of conditions of release.

Therefore, it is ORDERED that the Government, Mr. Swinson, and Mr. Legon appear before the Court for a bail revocation hearing on **November 2, 2026**, at **3:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the motion at docket entry 56.

SO ORDERED.

Dated: October 26, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge