UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CEDRICK SWINSON,

Defendant.

23 Cr. 647 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED, that Mr. Swinson is hereby remanded to the custody of the United States Marshals, for the reasons stated by the Court during Mr. Swinson's bail revocation hearing held on November 2, 2026. If possible, the Court recommends that Mr. Swinson should be housed at the Metropolitan Detention Center in Brooklyn, New York, to allow Mr. Swinson to meet with his standby counsel, Mr. Steven Legon.

Moreover, for the reasons stated by the Court during the same November 2, 2026 hearing, the Court DENIES Mr. Swinson's Motion to Strike and Deny Motion to Revoke Conditions of Pre-trial Release. (Dkt. #60).

The Clerk of Court is directed to terminate the motions at docket entries 58 and 60.

SO ORDERED.

Dated: November 2, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge