UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CEDRICK SWINSON,

Defendant.

23 Cr. 647 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On April 28, 2026, the Court issued an Amended Scheduling Order, setting forth the operative schedule for this case. (Dkt. #46). Under the Amended Scheduling Order, the parties are required to submit jury charge requests, proposed voir dire questions, and motions in limine by November 2, 2026, and any opposition papers to motions in limine by November 9, 2026. (*Id.*).

On November 2, 2026 — the deadline for the parties' pre-trial filings — the Court held a bail revocation hearing. (Dkt. #64). Despite being aware of the deadline for over six months while on pre-trial release, Mr. Swinson failed to timely submit the required pre-trial filings. Instead, Mr. Swinson submitted a "Motion to Strike and Deny Motion to Revoke Conditions of Pre-Trial Release," which the Court denied for the reasons stated at the November 2, 2026 hearing. (Dkt. #60, 64). At that same hearing, the Court found good cause to revoke Mr. Swinson's pre-trial release and remanded him to the custody of the United States Marshals. (Dkt. #64).

Today, the Court was made aware of certain logistical challenges that the Government and Mr. Swinson's stand-by counsel encountered in delivering

discovery to Mr. Swinson at his detention facility. Accordingly, the Court will *sua sponte* adjourn Mr. Swinson's deadline to submit his opposition papers to the Government's Motion in Limine (Dkt. #63), from November 9, 2026, to on or before **November 13, 2026**. *See* Fed. R. Crim. P. 45(b).

All other deadlines remain in effect. Because Mr. Swinson's deadline for submitting his own pre-trial filings has elapsed, the Court will only consider the Government's pre-trial filings and any opposition that Mr. Swinson may submit before November 13, 2026.

SO ORDERED.

Dated: November 4, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge