UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

CEDRICK SWINSON,

Defendant.

23 Cr. 647 (KPF)

**SCHEDULING ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court understands from the Government that Mr. Swinson intends to plead guilty pursuant to a plea agreement. Accordingly, the parties are hereby ORDERED to appear for a change of plea hearing on **Thursday, November 12, 2026, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: November 10, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge